SLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 27  AM 9: 36

UNITED STATES OF AMERICA,

CLERK, U.S. DISTRICT COU...
SOUTHERN DISTRICT OF CALIFOR...

Plaintiff,

BY:

v.

Luis SOLIS-Garcia,

Defendant

)
)  Magistrate Docket No. '08 MJ 0575
)
)
)  DEP COMPLAINT FOR VIOLATION OF:
)
)
)  Title 8, U.S.C., Section 1326
)  Deported Alien Found in the
)  United States
)
)
)

The undersigned complainant, being duly sworn, states:

On or about **February 25, 2008** within the Southern District of California, defendant, **Luis SOLIS-Garcia,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF **FEBRUARY 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Luis SOLIS-Garcia**

## PROBABLE CAUSE STATEMENT

On February 25, 2008, Border Patrol Agent S. Dailey was performing linewatch duties for the Imperial Beach Border Patrol Station in an area known as "24 Draw". "The 24 Draw" is approximately four miles west of the San Ysidro, California Port of Entry and approximately three hundred yards north of the United States/Mexico International Border Fence. This area is commonly used by illegal aliens to further their entry into the United States. At approximately 4:25 p.m., Border Patrol Agent C. Mayer observed an individual running north into the "24 Draw". Agent Dailey responded to the bottom of the "24 Draw" and discovered an individual attempting to conceal himself in some brush. Based on Agent Mayer's observations, the proximity to the border, and the individuals' actions, Agent Dailey identified himself as a United States Border Patrol Agent and performed an immigration inspection on the individual, later identified as the defendant Luis SOLIS-Garcia. The defendant freely admitted to being a citizen and national of Mexico who did not possess any immigration documents that would allow him to legally enter or remain in the United States. At 4:32 PM, Agent Dailey placed the defendant under arrest and arranged transportation to the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 1, 2005** through the Port of Entry at **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.